Index # 11 CIV 7197

Purchased/Filed: October 13, 2011

Attorney(s):

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Linda I. Slone,

Plaintiff

against

Tasti D-Lite LLC, a Delware limited liability company d/b/a Tasti D-Lite,

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 45 yrs
Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White
Hair color: Blonde   Other: ___

Paula Cole, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on October 20, 2011, at 3:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Complaint, First Set of Civ. Rule 33.1 Interrogatories and First Request for Production to Defendant

on Tasti D-Lite LLC d/b/a Tasti D-Lite, the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

20th day of October, 2011

NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO4503730, Rensselaer County
Commission Expires June 30, 2015

Paula Cole

Invoice-Work Order # 1117560